**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UPOFLOOR AMERICAS, INC.,

    Plaintiff,

v.                                      Case No. 6:16-cv-179-Orl-37DAB

S SQUARED SUSTAINABLE
SURFACES, LLC,

    Defendant.

**ORDER**

This cause is before the Court on its own motion. Upon review of Plaintiff's Complaint (Doc. 1), the Court is unable to determine whether it has subject matter jurisdiction over this action.

Plaintiff alleges that the Court has diversity jurisdiction over this breach of contract action against limited liability company S Squared Sustainable Surfaces, LLC ("**Defendant LLC**"). (Doc. 1, ¶ 3.) The citizenship of an "unincorporated entity generally depends on the citizenship of all the members composing the organization." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004) (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96 (1990)). Thus, an LLC is a citizen of any state where one or more of its members is a citizen. *See id.* Plaintiff's general, conclusory allegation that "none of [Defendant LLC's] members are residents of the State of Florida" is insufficient. (Doc. 1, ¶ 2.) Plaintiff should identify each member of Defendant LLC and allege the citizenship—not residency—of each member individually. *See Taylor v. Appleton*, 30 F.3d 1365, 1367 (11th Cir. 1994) ("Citizenship, not residence, is the key fact that must be alleged in the complaint to establish diversity[.]")

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before Monday, **February 15, 2016**, Plaintiff may file an amended complaint consistent with the strictures in this Order. Failure to file may result in this action being closed without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 4, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record